**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHNNY L. SMALL, ) C 07-5133 MJJ (PR)
)
    Petitioner, ) **ORDER GRANTING**
) **EXTENSION OF TIME**
  vs. )
)
M.S. EVANS, )
)
    Respondent. )
                                      )

    Good cause appearing, petitioner's request for an extension of time in which to file an amended petition, to and including **December 11, 2007**, is GRANTED.

    **Failure to timely file an amended petition in conformity with this order and the October 26, 2007 order, shall result in the dismissal of this action.**

    IT IS SO ORDERED.

DATED: 11/12/07

                                                      _____
                                                      MARTIN J. JENKINS
                                                      United States District Judge

G:\PRO-SE\MJJ\HC.07\small.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY L. SMALL,

        Plaintiff,

  v.

MS. EVANS et al,

        Defendant.

Case Number: CV07-05133 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Small J - 44318
P.O. Box. 1050
Soledad, CA 93960-1050

Dated: November 14, 2007

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk