Case # C 07-5133 MJJ (PR)

Dear Mr. Richard W. Wieking, Clerk:

J.S

RECEIVED
2-26-08.
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

My name is Johnny L. Small and like to know the Case number to my In-forma pauperis i sent back in Oct of 2007.

I'm very worried, Cause i haven't heard from the Court saying that the In forma pauperis was received and here's the docket number to the In forma pauperis. It was sent back twice because the trust office officers didn't fill out the Certificate of Funds application which was sent back to me on October 5, 2007 at 1:22 P.M. with the Case number C 07 5133 on the letter that was sent back to me by Richard W. Wieking, Clerk.

Please, Can you let me know that my In forma pauperis made it their in October of 2007 please? If my Case # on the In forma pauperis is still the same as "C07 5133" Can you please let me know?

Thank you Very Much!

(P.S.) Here's all the Case numbers i received from the Court so far. NO. C07-3694 MJJ (PR) Docket Nos. 2 & 4 Sep. 20, 2007. NO. C07-5133 MJJ (PR) Nov. 12, 2007.

Sincerely,
Johnny L. Small
Johnny L. Small

Drive Safe Out their.



