Dear Mr. Judge Whyte:

FILED 5-21-08

2008 MAY 28 P 3 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.S.J.

My name is Johnny L. Small Case# C07-05133.

May i please request for Council of C.A.C.S. represent me on my Case, Case# C07-05133? Because i Can't represent myself adequately in the proceedings that's forth Coming.

Thank you Very much,
Judge. Ronald M. Whyte.

Sincerely,
Johnny L. Small
Johnny L. Small

Mr. Johnny L. Small #J-44318
Salinas Valley state Prison - B3-145L
P.O. Box 1050
Soledad, Ca. 93960-1060

(P.S.) Stay healthy & Drive Safe.

From: Johnny L. Snell #J-44318
Salinas Valley State Prison - B3-145L
P.O. Box 1050
Soledad, Ca. 93960-1060

LEGAL MAIL

STATE PRISON
GENERATED MAIL

"District Court, San Jose Division"

TO: Judge. Ronald M. Whyte
280 South 1st Street, Suite #2112
San Jose, Ca. 95113

UNITED STATES POSTAGE
$00.42
MAY 22 2008
MAILED FROM ZIP CODE 93960
0004397458
PITNEY BOWES