N/e

Dear Mr. Whyte:                1.                    6-23-08.

My name is Mr. Johnny L. Small. And i'm requesting for an attorney to help me while i'm on this petition of writ of habeas Corpus Case# C 07-5133 MW (PR).

I'm requesting a federal Counsel to represent me in this proceeding pursuant to the provisions of 18 U.S.C. Section 3006 A, Subdivision (a)(2)(B).  I have an "Order to Show Cause", that's why i'm requesting for Counsel. I'm innocent of the charges that was falsely brought against me in 2001 of July.

Thank you very Much.



FILED
JUN 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Sincerely,
Johnny L. Small
Johnny L. Small

Address: Mr. Johnny L. Small #J-44318
Salinas Valley State prison - B3-145<sup>L</sup>
P.O. Box 1050
Soledad, Ca. 93960-1060

Drive Safe.

Mr. Johnny L. Smith #J-44828
Salinas Valley State Prison - B3-145L
P.O. Box 1050
Soledad, Ca. 93960-1060

STATE PRISON
GENERATED MAIL
LEGAL MAIL

"United States District Court - Northern District of California"

TC: Court Clerk: for Judge. Ronald M. Whyte
280 South First Street, # 2112
San Jose, Ca. 95113-3008