To Whom it May Concern,   1.                                8-21-08.

Hello, my name is Johnny Small, and i need your help in my Writ of Habeas Corpus that i have in the federal Court, Case # C07-5133 RMW (PR) in San Jose, Ca. The judge in Sunnyvale, Ca. Santa Clara County, gave me 60 years to life with 18 years 8 months for allegally getting my step daughter pregnant that they had no evidence of. She Came to Court and testified in jury trial saying i'm innocent, but still Convicted me of Sexual assault P.C. § 269 (a). Forcible rape P.C. § 261 (a)(2). Forcible oral Copulation P.C. § 288 (a)(c)(2). P.C. § 288 (a). P.C. § 288 (B)(2). P.C. § 289 (i). P.C. § 288 (c)(1). I was charged with all this, and i'm innocent of what i've been Convicted of doing to my step daughter which is 21 years old now, with 2 Kids of her own. This guy done a traverse for me that i sent back too the United States district Court in San Jose, Ca.
  I need Some legal help, please?

          Thank you Very much.

                              Sincerely,
                              Johnny Small



Mr. Johnny Small #J-44318
Salinas Valley State Prison -B3-145u
P.O. Box 1050
Soledad Ca. 93960-1060

LEGAL MAIL

STATE PRISON
GENERATED MAIL

TO: The U.S. Office of the Public Defender
280 South First Street Suite #288
San Jose, Ca. 95113

02 1A
0004397458
$ 00.420
AUG 22 2008
MAILED FROM ZIP CODE 93960

