*E-FILED - 10/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY L. SMALL, | ) | No. C 07-5133 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| M.S. EVANS, | ) | |
| Respondent. | ) | |

The court having denied the petition for a writ of habeas corpus, judgment is hereby entered in favor of respondent and against petitioner. The clerk is ordered to close the file.

IT IS SO ORDERED.

DATED: 10/13/09

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.07\Small133jud.wpd      1